# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Tyrone Hood

                            Plaintiff,

v.                                                        Case No.: 1:16–cv–01970

                                                             Honorable Milton I. Shadur

City of Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2017:

      MINUTE entry before the Honorable Maria Valdez: Motion Hearing held on 7/18/17. Defendants' Motion to Compel Signed Authorization Waivers for Production of Mental and Physical Health Records and School Records [84] is granted. Court finds that the privilege attached to the materials at issue has been waived. Plaintiffs shall provide authorized HIPAA waivers to Defendants. Status hearing is set for 8/24/17 at 10:00 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.