IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 CV 1893 |
| | ) | |
| v. | ) | Honorable Andrea R. Wood |
| | ) | Magistrate Judge Maria Valdez |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 CV 1970 |
| | ) | |
| v. | ) | Honorable Andrea R. Wood |
| | ) | Magistrate Judge Maria Valdez |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD-PARTY WITNESS EVA NAGAO'S MOTION TO WITHDRAW
HER MOTION TO QUASH DEFENDANTS' SUBPOENA
FOR THIRD-PARTY WITNESSES EVA NAGAO'S DEPOSITION**

Ms. Nagao, by and through her attorney, moves to withdraw her motion to quash Defendants' subpoena to depose her:

1. Defendants issued a third-party subpoena for the deposition of Ms. Eva Nagao. Ms. Nagao filed a motion to quash that is pending before the Court. *See* dckt. 276.

2. Ms, Nagao has been informed that the Parties have reached an agreement that has resulted in Defendants withdrawing their subpoena. Accordingly, her motion is moot.

3. Accordingly, Ms. Nagao moves to withdraw her motion to quash the deposition subpoena and rider served upon her. *See dckt.* 276.

WHEREFORE, Ms. Nagao respectfully seeks an order from this Court that withdraws her motion to quash as moot.

Dated: September 27, 2019                                Respectfully Submitted,


/s/ *Joshua A. Tepfer*
Attorney for Eva Nagao
Joshua A. Tepfer

THE EXONERATION PROJECT
At the University of Chicago Law School
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 789-4955
Josh@exonerationproject.org

## **CERTIFICATE OF SERVICE**

  I, Josh Tepfer, an attorney, certify that on September 27, 2019, I caused the foregoing Third-Party Witness Eva Nagao's Motion to Withdraw Her Motion to Quash Defendants' Subpoena for Third-Party Witnesses Her Deposition to be served to all counsel via the Court's CM/ECF electronic filing system.

/s/ Josh Tepfer
Josh Tepfer
THE EXONERATION PROJECT
At the University of Chicago Law School
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 789-4955
Josh@exonerationproject.org