IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE HOOD, | ) | |
| Plaintiff, | ) ) ) | Case No. 16-cv-1970 |
| v. | ) ) | Honorable John F. Kness |
| CITY OF CHICAGO, et al., | ) ) | Magistrate Judge Valdez |
| Defendants. | ) ) | |
| WAYNE WASHINGTON, | ) ) | |
| Plaintiff, | ) ) ) | Case No. 16-cv-1893 |
| v. | ) ) | Honorable John F. Kness |
| BOUDREAU, et al., | ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Plaintiffs Tyrone Hood and Wayne Washington, by and through their attorneys, seek leave of Court to withdraw the appearance of attorney Scott Drury as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1. Mr. Drury has concluded his employment at Loevy & Loevy, the firm representing Plaintiffs.

2. Plaintiffs will continue to be represented by the following attorneys from Loevy & Loevy: Jon Loevy, Heather Lewis Donnell, Gayle Horn, Scott Rauscher.

3. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiffs, no party will be prejudiced if Mr. Drury's appearance is withdrawn.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order allowing the withdrawal of Mr. Drury's appearance as counsel in this matter.

                                      Respectfully submitted,

                                      /s/ Jon Loevy_____
                                      Attorney for Plaintiffs

Jon Loevy
Heather Lewis Donnell
Gayle Horn
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

## CERTIFICATE OF SERVICE

      I, Jon Loevy, an attorney, certify that on December 13, 2022, I filed the foregoing motion using the Court's electronic filing system, which effected service on all counsel of record.

                                        /s/ Jon Loevy_____