UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Tyrone Hood
                        Plaintiff,

v.                                               Case No.: 1:16−cv−01970
                                                        Honorable John F. Kness

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable John F. Kness: Counsel for the parties in *Hood v. City of Chicago* (No. 16−cv−01970) and *Washington v. Boudreau* (No. 16−cv−01893) have informed the Courtroom Deputy by email that they have reached a settlement agreement in both cases. Based on this representation, any remaining deadlines are stricken, the final pretrial conference set for 6/26/2023 and the trial set to begin on 7/10/2023 are stricken, and all pending motions are dismissed as moot without prejudice pending the filing of stipulations of dismissal. A telephonic status hearing is set for 7/12/2023 at 09:30 AM; that hearing will be for the purpose of assessing the timeline for final resolution of both cases. In lieu of a hearing, the parties may opt instead to submit, on or before 7/7/2023, a joint written status report that provides an anticipated timeline for the filing of stipulations of dismissal. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.